■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID BURTON, Also Known as NATHAN J. FRAILEY, Also

Known as NATE, Appellant. [632 NYS2d 1010] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Doyle, J.—Attempted Criminal Sale Controlled Substance, 3rd Degree.) Present—Green, J. P., Pine, Fallon, Callahan and Davis, JJ.